**No. 49128.**—Protest 701749–G of Samuels Hat Importing Co., Inc. (New York).

Opinion by TILSON, J.   The record showed that certain items consist of hats known as harvest hats, similar in all material respects to those involved in *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664).   In accordance therewith the claim at only 25 percent was sustained to this extent.

BEFORE THE THIRD DIVISION, JANUARY 12, 1944

**No. 49129.**—Protests 57572–K, etc., of Gruyere Cheese Corp. et al.   (New York).

Opinion by CLINE, J.   When the cases were called for trial the plaintiffs submitted them without any evidence in support of the claims made.   The record failed to disclose any error in the action of the collector.   The protests were therefore overruled.

**No. 49130.**—Petition 6330–R of Pan Pacific Importers, Ltd.   (Los Angeles).

Opinion by CLINE, J.   When the case was called for trial counsel for the Government moved to dismiss same on the ground that it was untimely.   The record showed that the petition was not filed within 60 days as required by section 489 and the rules of the court.   The petition was therefore dismissed.

**No. 49131.**—Protests 16236–K, etc., of Saks & Co. et al.   (New York).

Opinion by EKWALL, J.   In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) certain of the items in question were held not subject to countervailing duty.